# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Carlos QUINTANA-Arias,<br><br>　　　　　　　Defendant. | Case No.: '21 MJ4574<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about November 18, 2021, within the Southern District of California, Carlos QUINTANA-Arias, did knowingly and intentionally import 500 grams and more, to wit: approximately 7,976.20 kilograms (17,584.33 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about November 18, 2021, within the Southern District of California, Carlos QUINTANA-Arias, did knowingly and intentionally import 400 grams and more, to wit: approximately 176.42 kilograms (388.93 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States

Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of November 2021.

_____
HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 18, 2021, at approximately 8:18 PM, Carlos QUINTANA-Arias, ("QUINTANA"), a Mexican citizen, applied for entry into the United States from Mexico through the Otay Mesa, California, Commercial Port of Entry at Primary Gate 4. QUINTANA was the driver and sole occupant of a 2009 Kenworth Tractor pulling a 1996 Stoug trailer ("the trailer") bearing California license plates. QUINTANA declared he was importing automotive parts and the shipping manifest also showed the same.

A Customs and Border Protection Officer ("CBPO") referred QUINTANA to secondary inspection. A CBPO operating the Gantry X-Ray machine detected anomalies in the interior of the trailer.

A Canine Enforcement Team conducting secondary inspection operations screened the trailer using a Human and Narcotic Detection Dog. The canine then alerted to the rear door of the trailer.

Further inspection of the trailer resulted in the discovery of 6,266 packages inside the trailer with a few boxes of auto parts. Of this total, 6,106 packages were sampled and found to contain a substance that field tested positive for the characteristics of methamphetamine, with a total approximate weight of 7,976.20 kgs. (17,584.33 lbs.). The other 160 packages were sampled and found to contain a

1

substance that field tested positive for the characteristics of fentanyl, with a total approximate weight of 176.42 kgs. (388.93 lbs.).

QUINTANA was placed under arrest at approximately 10:40 PM.

QUINTANA was arrested and charged with violations of Title 21, United States Code Sections 952 and 960, Importation of Methamphetamine and Fentanyl.